459 A.2d 33

Commonwealth ex rel. Reeves v. Wagner.

Appeal of James Ernest Reeves.

Submitted March 3, 1983.    Linda K. Mowson Ludgate, Assistant Public Defender, for appellant;

George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WIEAND and HOFFMAN, JJ.

Affirmed.